UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| DIANA MEY, | : | |
| | : | |
| Plaintiff, | : | Case No: 5:18-cv-54 |
| | : | |
| v. | : | Honorable John Preston Bailey |
| | : | |
| ONE UNITED FIDELITY GROUP, LLC aka ONE UNITED GLOBAL GROUP LLC, et. al., | : : : | |
| | : | |
| Defendants. | : | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Diana Mey, and Defendants, Defendants, One United Fidelity Group, LLC and Americo Financial Life and Annuity Insurance Company, hereby give notice to the Court that they have reached a settlement of the claims in this case.  The parties are drafting a confidential settlement agreement and will be filing a notice of dismissal with the Court shortly.  Accordingly, the parties will not be responding to any pending motions and there is no need for the Court to rule on any pending motions.

Respectfully submitted,

/s/ Benjamin M. Sheridan (per e-mail authority 7/16/18)
Benjamin M. Sheridan (11296)
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526
T:  (304) 562-7111
F:  (304) 562-7115

*Counsel for Plaintiff*

/s/ Helen M. Mac Murray
Helen M. Mac Murray (WV S.Ct. No. 13015)
Mac Murray & Shuster LLP
6530 West Campus Oval, Suite 210
New Albany, Ohio 43054
T:  (614) 939-9955
F:  (614) 939-9954

*Counsel for Defendant*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was served upon the following via the Court's electronic filing system on July 16, 2018:

Benjamin M. Sheridan, Esq.
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526
*Attorney for Plaintiff*

                                                /s/ Helen Mac Murray
                                                Helen Mac Murray (W.V. S. Ct. No. 13015)