IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**DIANA MEY**
    **Plaintiff,**
**v.**                                                     **5:18-cv-54**

**ONE UNITED FIDELITY CORP, LLC**
**aka ONE UNITED GLOBAL GROUP**
**LLC, et al.,**
    **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

This day came the Plaintiff, Diana Mey by attorney, Benjamin Sheridan, and Klein & Sheridan, LC, and Defendant One United Fidelity Corp. LLC aka One United Global Group, LLC, et al, by attorney Helen Mac Murray and hereby stipulate and represent to the Court that the matters in dispute between them have been compromised and settled and jointly move the Court to dismiss the above action from the docket of this Court.

Therefore, it is **ORDERED** and **DECREED** that the above styled civil action is hereby dismissed **WITH PREJUDICE** and stricken from the docket.

9-18-2018                                        _____
                                                          Judge John Preston Bailey

Prepared by:

/s/Benjamin Sheridan
Benjamin Sheridan (WV Bar No. 11296)
*Counsel for Plaintiff*
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526
(304) 562-7111

Agreed to by:

/s/ Helen Mac Murray
Helen Mac Murray (W.V. S. Ct. No. 13015)
MAC MURRAY & SHUSTER LLP
6530 West Campus Oval, Suite 210
New Albany, Ohio 43054
Telephone: (614) 939-9955
E-mail: hmacmurray@mslawgroup.com